UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVION MAURICE ALEXANDER,

                              Petitioner,

          v.

JEFFREY PERKINS,

                              Respondent.

CASE NO. 2:25-cv-01136-TL

ORDER ON REPORT AND
RECOMMENDATION

          This matter comes before the Court on the Report and Recommendation of United States

Magistrate Judge Brian A. Tsuchida. Dkt. No. 5. Objections to the Report and Recommendation

were due on July 23, 2025. *Id.* at 5. On July 17, 2025, Petitioner submitted the required $5 filing

fee to correct a June 18, 2025, deficiency notice that was issued to him. Dkt. No. 3. However, as

of the date of this Order, Petitioner has not filed any objections to the Report and

Recommendation. Having reviewed the Report and Recommendation and the remaining record,

the Court FINDS and ORDERS:

          1)      The Court ADOPTS the Report and Recommendation.

2)    The case is DISMISSED WITH PREJUDICE and issuance of certificate of appealability

is DENIED.

3)    The Clerk shall provide petitioner a copy of this Order.

Dated this 8th day of August 2025.

Tana Lin
United States District Judge